UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELVIRA BATALLA BRITO,

      Plaintiff,

 v.

CONNIE NOLAN, *et al.*,

      Defendants.

Case No. C23-723-MJP

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

  Plaintiff Elivira Batalla Brito has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

  The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Marsha J. Pechman.

  Dated this 18th day of May, 2023.

                     _____
                     MICHELLE L. PETERSON
                     United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1